IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

CLARENCE SHED                                                                                    PLAINTIFF

V.                                                                       CIVIL ACTION NO. 3:16CV171-NBB-RP

JOHNNY COLEMAN BUILDERS, INC.;
JOHNNY COLEMAN d/b/a
JOHNNY COLEMAN COMPANIES, LLC;
SHERRY MAGGIO FLYNN, and
JOHN DOES 1-10                                                                                 DEFENDANTS

## ORDER

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED** that the defendants' motion for summary judgment is well taken, should be, and the same is hereby **GRANTED**. This case is hereby dismissed with prejudice and closed.

This, the 22nd day of August, 2017.

                                                  /s/ Neal Biggers
                                                  **NEAL B. BIGGERS, JR.**
                                                  **UNITED STATES DISTRICT JUDGE**